No. 76–439. TERRITORY OF GUAM v. OLSEN. C. A. 9th Cir. Certiorari granted.

No. 75–1511. WILLIAMS v. SOUTHERN UNION GAS CO. C. A. 10th Cir. Certiorari denied.

No. 75–1741. CHRYSLER CORP. v. LACY. C. A. 8th Cir. Certiorari denied.

No. 75–6227. ALLEGRETTI v. CASSCLES, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 3d Jud., Dept. Certiorari denied.

No. 75–6737.. TUBBS v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6888. WALKER v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 75–6955. VAN CUREN v. OHIO ADULT PAROLE AUTHORITY ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 76–94. HENRY, AKA OBADELE v. UNITED STATES;
No. 76–5004. SHILLINGFORD v. UNITED STATES;
No. 76–5181. NORMAN, AKA ANA v. UNITED STATES; and
No. 76–5182. AUSTIN, AKA QUADDUS, ET AL. v. UNITED STATES. C. A. 5th Cir., Certiorari denied.

No. 76–157. INTRIERI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–162. ROBBINS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–166. DIXON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.